**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.  NO. 4:99CR00077-01 JLH | |
| LARRY JACK NATION | DEFENDANT |

**JUDGMENT AND COMMITMENT ORDER**

Court convened on Friday, December 11, 2009, for a scheduled hearing on the government's motion and supplemental motions to revoke supervised release. Documents #102, #103 and #106. Assistant United States Attorney Karen Whatley was present for the government. The defendant appeared in person with his attorney, Federal Public Defender Jenniffer Horan. United States Probation Officer Dwayne Ricks was also present.

Based on the defendant's admission of the violations contained in the motions regarding drug testing and failure to submit timely reports, the Court determined that defendant's supervised release should be revoked. The motion and supplemental motions to revoke supervised release are granted. Documents #102, #103, and #106.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **THREE (3) DAYS with no term of supervised release to follow. Defendant is remanded to the custody of the United States Marshal Service to immediately begin serving his sentence**.

IT IS SO ORDERED this 11th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE